UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ANGEL LARKESHA HALL,           ) | Civil Action No. 5:21-cv-02312-KDW |
| )  | |
| Plaintiff,        ) | |
| ) | |
| v.                                       ) | |
| ) | |
| KILOLO KIJAKAZI,                 ) | |
| Acting Commissioner of        ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant.    ) | |

## ORDER

**AND NOW,** this 25th day of February, 2022, upon consideration of Defendant's Uncontested Motion to Remand, it is hereby

**ORDERED** that Defendant's Motion to Remand is granted, and this case is remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with Defendant's motion. The case is hereby closed on the Court's docket.

February 25, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge