UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ANGEL LARKESHA HALL, | ) Civil Action No. 5:21-cv-02312-KDW |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Plaintiff's Motion for Attorney Fees and Expenses Under the Equal Access to Justice Act (ECF 28) and the parties' Stipulation for Attorney Fees Under the Equal Access to Justice Act (ECF 29). Plaintiff's counsel has provided itemization of the fees sought (ECF 28-1).[1]

The parties have agreed that Plaintiff, Angel Larkesha Hall, should be awarded attorney fees in the amount of Nine Thousand Three Hundred dollars ($9,300.00). These attorney fees will be paid directly to Plaintiff, Angel Larkesha Hall, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

---

[1] In Plaintiff's Motion for Fees, counsel indicated that 42.40 hours of attorney time, and 7 hours of paralegal time were spent representing Plaintiff before the Court.

1

An award of Nine Thousand Three Hundred dollars ($9,300.00) in attorney fees under the EAJA is granted in accordance with this Order. Based on the filing of the Stipulation, Plaintiff's Motion for Attorney Fees, ECF No. 28, is denied as moot.

IT IS SO ORDERED.

May 18, 2022  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

2